UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   GREISA VAZQUEZ                                   CASE NO. 19-80030
   200 8TH STREET, APT. H1                      JUDGE LENA M. JAMES
   BUTNER, NC  27509

        DEBTOR

SSN(1) XXX-XX-4646                           DATE:  09/18/2019

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALLY FINANCIAL<br>P O BOX 78367<br>PHOENIX, AZ  85062 | $11,324.22<br>INT: 7.25%<br>NAME ID: 204761<br>CLAIM #: 0001 | VEHICLE<br><br>ACCT: 3328<br>COMMENT: 16 FORD FIESTA |
| BANCO POPULAR DE PUERTO RICO<br>CONSUMER BANKRUTCY DEPARTMENT<br>P O BOX 366818<br>SAN JUAN, PR  00936-6818 | $5,585.80<br>INT: .00%<br>NAME ID: 108684<br>CLAIM #: 0006 | UNSECURED<br><br>ACCT: 0002<br>COMMENT: 11 DODGE DEFNCY |
| GRANVILLE COUNTY TAX OFFICE<br>141 WILLIAMSBORO ST.<br>PO BOX 219<br>OXFORD, NC  27565 | $0.00<br>INT: .00%<br>NAME ID: 281806<br>CLAIM #: 0002 | PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 400<br>CLAIM #: 0003 | PRIORITY<br>AMENDED<br>ACCT: 4646<br>COMMENT: AMENDED |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,346.95<br>INT: .00%<br>NAME ID: 273807<br>CLAIM #: 0008 | UNSECURED<br><br>ACCT: 6509<br>COMMENT: ISLAND FINANCE<br>LLC/SANTANDER |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $754.30<br>INT: .00%<br>NAME ID: 91530<br>CLAIM #: 0007 | UNSECURED<br><br>ACCT: 8162<br>COMMENT: |
| NAVIENT SOLUTIONS LLC<br>OBO ECMC/LOCKBOX 8682<br>P O BOX 16478<br>ST PAUL, MN  55116-0478 | $3,142.59<br>INT: .00%<br>NAME ID: 291896<br>CLAIM #: 0009 | UNSECURED<br><br>ACCT: 4646<br>COMMENT: STUDENT LOAN |
| NC DEPARTMENT OF JUSTICE<br>FOR NC DEPARTMENT OF REVENUE<br>POST OFFICE BOX 629<br>RALEIGH, NC  27602-0629 | $0.00<br>INT: .00%<br>NAME ID: 217981<br>CLAIM #: 0012 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 19-80030

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NORTH CAROLINA DEPT. OF REVENUE**<br>POST OFFICE BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 295650<br>CLAIM #:  0004 | PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,911.60<br>INT:  .00%<br>NAME ID: 30762<br>CLAIM #:  0005 | UNSECURED<br><br>ACCT:  5971<br>COMMENT:  CITIBANK NA/BEST BUY |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,610.33<br>INT:  .00%<br>NAME ID: 30762<br>CLAIM #:  0011 | UNSECURED<br><br>ACCT:  0647<br>COMMENT:  SYNCHRONY BANK |
| PR WIRELESS PR, LLC<br>METRO OFFICE PARK<br>1ST STREET CHRYSLER BLDG, SUITE 300<br>GUAYNABO, PR  00968 | $0.00<br>INT:  .00%<br>NAME ID: 296731<br>CLAIM #:  0010 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41021<br>NORFOLK, VA  23541 | $0.00<br>INT:  .00%<br>NAME ID: 278177<br>CLAIM #:  0015 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| U.S. ATTORNEY GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC  20530-0001 | $0.00<br>INT:  .00%<br>NAME ID: 280565<br>CLAIM #:  0013 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| US ATTORNEY'S OFFICE (MD)**<br>101 S. EDGEWORTH STREET, 4TH FLOOR<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 278276<br>CLAIM #:  0014 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$26,675.79** | |
| JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II<br>
3518 Westgate Drive, Suite 400<br>
Durham, NC  27707-2560

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  09/18/2019

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Brenda Nelms
Clerk
Chapter 13 Office
3518 Westgate Drive, Suite 400
Durham, NC  27707-2560

cc:  Debtor
Attorney for Debtor - Electronic Notice